IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON KOKINDA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:16-cv-0005 |
| | ) | |
| v. | ) | United State District Judge |
| | ) | Mark R. Hornak |
| PENNSYLVANIA DEPARTMENT OF | ) | |
| CORRECTIONS; RHONDA HOUSE; | ) | United States Magistrate Judge |
| SHELLY A. MANKEY; JOHN DOE #1; | ) | Cynthia Reed Eddy |
| and JOHN DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 1ST day of December, 2016:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 14) is **GRANTED,** and that the Complaint (ECF No. 3) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 18) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (ECF No. 19) to the Report and Recommendation are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this **CASE CLOSED**.

_____
Mark R. Hornak
United States District Judge

cc: **Jason Kokinda**
(served electronically via CM-ECF at jkoda@jkoda.org)

**Timothy Mazzocca**
(served electronically via CM-ECF at tmazzocca@attorneygeneral.gov)