IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON KOKINDA, <br><br> Plaintiff, <br><br> v. <br><br> RHONDA HOUSE, SHELLY MANKEY, ALAN WHEATLEY AND DONALD KOFFLER, <br><br> Defendants. | Civil Action No. 16-cv-00005 <br><br> Judge Mark R. Hornak <br> Magistrate Judge Cynthia Reed Eddy |

**ORDER**

AND NOW, this 25th day of July, 2018, after Plaintiff filed an action in the above-captioned case, and all pending Defendants filed Motions for Summary Judgment, ECF Nos. 73 and 83, and the Plaintiff filed a Motion to Quash, ECF No. 80, and after the Magistrate Judge filed a Report and Recommendation, ECF No. 93, and after Objections thereto having been filed by the Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the Opinion of this Court, and the Objections,

IT IS HEREBY ORDERED that the Motion to Quash, ECF No. 80 be and hereby is denied and that the Defendants' Motions for Summary Judgment, ECF Nos. 73 and 83, be and hereby are granted, each and all for the reasons stated by the Magistrate Judge in the Report and Recommendation, and that summary judgment be and hereby is entered in favor of all Defendants and against the Plaintiff as to all claims. The Clerk shall mark the case closed.

Mark R. Hornak
United States District Judge

cc: All counsel of record